UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENIS DAVID CORTES PINEDA
(A-245-165-926),

                    Petitioner,

        v.

WARDEN, California City Correctional
Center, et al.,

                    Respondents.

No.  2:26-cv-00775 DC CSK

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(ECF Nos. 6, 11)

Petitioner, an immigration detainee prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 02, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 11.  Neither party filed objections to the findings and recommendations.

Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations (ECF No. 11) are ADOPTED;

2.     Respondents' motion to dismiss (ECF No. 6) is granted and all respondents except the Warden of the California City Correctional Center are dismissed;

3.     The petition for writ of habeas corpus is GRANTED;

4.     A permanent injunction is issued enjoining and restraining respondents from re-detaining petitioner Denis David Cortes Pineda (A-245-165-926), absent establishment of detention authority pursuant to 8 U.S.C. § 1226(c) or 8 U.S.C. § 1231, unless the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified; and

5.     The Clerk of the Court is directed to enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated:    **June 10, 2026**

_____
Dena Coggins
United States District Judge

2